IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00418-MSK-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, also known as CHUCK VANCURA, and
JAMES BRYAN VANCURA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2008.**

      The Unopposed Motion by Plaintiff to Substitute Pages 16 through 19 of the Complaint *Nunc Pro Tunc* [filed June 6, 2008; doc #14] is **granted**. The documents found at docket #14-2 shall replace pages 16-19 of the Complaint filed in this matter.