IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00418-BNB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, also known as CHUCK VANCURA, and
JAMES BRYAN VANCURA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2008.**

    The Joint Motion to Adjourn Settlement Conference [filed September 15, 2008; docket #28] is **granted**. The settlement conference currently scheduled in this case for September 19, 2008 at 10:00 a.m. is hereby **vacated**. Counsel for the parties are invited to call my Chambers at (303) 844-4507 at any time during the litigation to reschedule the conference to an alternate date and time.