IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00418-BNB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, a/k/a CHUCK VANCURA, and
JAMES BRYAN VANCURA,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. It appears that the matter is not ready for the entry of a pretrial order. At the joint request of the parties and for the reasons stated on the record this morning:

IT IS ORDERED that discovery is reopened to and including **April 30, 2009**, solely to allow the following four depositions to be taken: (1) a representative of Pueblo Bank & Trust; (2) a former employee of SCEDD Development Company; (3) Joseph Wojdula; and (4) Barbara Wojdula.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to and including **May 29, 2009**.

IT IS FURTHER ORDERED that the final pretrial conference, if required, will be reset by a separate order.

Dated March 31, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge