IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00418-BNB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, a/k/a CHUCK VANCURA, and
JAMES BRYAN VANCURA,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

I have been informed that this matter has been resolved. Therefore,

IT IS ORDERED that the **Motion for Summary Judgment by Plaintiff United States** [docket no. 37, filed May 29, 2009] (the "Motion"), is DENIED WITHOUT PREJUDICE.


DATED: May 4, 2010