IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00418-BNB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, a/k/a CHUCK VANCURA, and
JAMES BRYAN VANCURA,

Defendants.
_____

**ORDER**
_____

The parties have filed a **Stipulated Settlement Agreement** [Doc. # 67, filed 9/2/2010] which states at ¶27 that "[u]pon the filing of this Stipulated Settlement Agreement, the parties shall file a Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)." No such stipulation has been received.

IT IS ORDERED that on or before **September 9, 2010**, the parties shall file either:

(1)   A stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or

(2)   A status report addressing why the stipulation has not been filed.

Dated September 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge