IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00418-BNB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROHIT SETHI,
CHARLES ELROY VANCURA, a/k/a CHUCK VANCURA, and
JAMES BRYAN VANCURA,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw as Counsel** by George A. Kokus, counsel for defendants Rohit Sethi and James Bryan VanCura [Doc. # 126, filed 9/26/2014] (the "Motion to Withdraw"). All warnings required by D.C.COLO.LAttyR 5(b) have been given, see Notices of Withdrawal [Doc. ## 126-1 and 126-2], and the Motion to Withdraw is not opposed. Status Report [Doc. # 129].

IT IS ORDERED:

(1) The Motion to Withdraw [Doc. # 126] is GRANTED;

(2) George A. Kokus is relieved of any continuing responsibility in the action; and

(3) Rohit Sethi and James Bryan VanCura are cautioned that they are personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

Dated October 6, 2014.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge