IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-CV-000418-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROHIT SETHI,

      Defendant,

and

BANK OF AMERICA,

      Garnishee.

---

## GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Bank Of America shall pay to the United States funds from the bank account belonging to Defendant Rohit Sethi.

Payment Instructions: Checks shall be made payable to Department of Justice and mailed to:

      U.S. Department of Justice
      1225 17th Street, # 700
      Denver, CO 80202

Please include the following information on the check:

      Name of Defendant:   <u>Rohit Sethi</u>

Court Number: 08-CV-000418

BY THE COURT:

Dated: October 9, 2014

*[signature]*
UNITED STATES MAGISTRATE JUDGE