IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-CV-000418-BNB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROHIT SETHI,

        Defendant,

and

RUBICS WORLD WIDE, LLC,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Rubics World Wide, LLC shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

        US Attorney's Office
        Attn: Financial Litigation Unit
        1225 17th Street, Suite 700
        Denver, CO 80202

Please include the following information on each check:

| | |
|---|---|
| Name of Defendant: | Rohit Sethi |
| Court Number: | 08-CV-000418 |
| CDCS Number: | 2012A46353 |

BY THE COURT:

Dated: November 17, 2014

_Boyd N. Boland_
BOYD N. BOLAND
UNITED STATES MAGISTRATE JUDGE